# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RACHEL ROBY, WIFE OF/AND** * | **CIVIL ACTION NO.** |
| **RODERICK D. ROBY** * | |
| * | **DISTRICT JUDGE** |
| **VERSUS** * | |
| * | |
| **BAXTER HEALTHCARE** * | **MAGISTRATE JUDGE** |
| **CORPORATION, CARDINAL HEALTH** * | |
| **5, LLC, CARDINAL HEALTH 200, LLC** * | |
| **PENSKE LOGISTICS, LLC, XYZ** * | |
| **COMPANY, ABC INSURANCE** * | |
| **COMPANY, DEF INSURANCE** * | |
| **COMPANY, GHI INSURANCE** * | **JURY DEMAND** |
| **COMPANY, JKL INSURANCE** * | |
| **COMPANY AND MNO INSURANCE** * | |
| **COMPANY** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

**TO:** THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Penske Logistics, LLC, which respectfully avers as follows:

1.

On or about May 19, 2022, Plaintiffs, Rachel Roby and Roderick D. Roby, filed a Petition for Damages in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, naming Penske Logistics, LLC, Baxter Healthcare Corporation, Cardinal

Health 5, LLC and Cardinal Health 200, LLC, as Defendants.[1]  That suit bears docket number 2022-0001353, was assigned to Division "C", and is captioned "*Rachel Roby, Wife of/and Roderick D. Roby v. Baxter Healthcare Corporation, Cardinal Health 5, LLC, Cardinal Health 200, LLC, Penske Logistics, LLC, XYZ Company, ABC Insurance Company, DEF Insurance Company GHI Insurance Company, JKL Insurance Company and MNO Insurance Company*".  A copy of the Petition for Damages is attached as Exhibit "A".

2.

Service of the Petition was requested on Penske Logistics, LLC through its registered agent, and Penske Logistics, LLC was served on or about May 31, 2022.

3.

Service of the Petition for Damages was requested on Baxter Healthcare Corporation through its registered agent for service of process, and Baxter Healthcare Corporation was served on or about May 31, 2022.

3.

Service of the Petition for Damages was requested on Cardinal Healthcare 5, LLC through its agent for service of process, and Cardinal Healthcare 5, LLC was served on or about May 31, 2022.

4.

Service of the Petition for Damages was requested on Cardinal Healthcare 200, LLC through its agent for service of process, and Cardinal Healthcare 200, LLC was served on or about May 31, 2022.

---

[1] Plaintiffs' Petition for Damages also purportedly named fictitious entities.  (See attachment exhibit "A").

5.

Defendant, Baxter Healthcare Corporation, joins in and consents to this removal. (See attached Exhibit "B", Baxter Healthcare Corporations Consent to Removal.)

6.

Defendants, Cardinal Healthcare 5, LLC and Cardinal Healthcare 200, LLC, join in and consents to this removal.  (See attached Exhibit "C", Cardinal Healthcare's Acquiescence to Removal.)

7.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C § 1331. Specifically, it was not facially apparent that the that the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as is required for removal under diversity of citizenship.  The Petition for Damages was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy.  (See attached Exhibit "A".)  Although Plaintiffs' Petition alleged that their damages exceeded the former jury threshold of $50,000, there was no specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

8.

On or about July 13. 2022, Penske Logistics, LLC filed a Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of Petition, seeking to have Plaintiffs ordered to amend their Petition for Damages to specifically allege whether their claims exceeded

the requisite amount to invoke the jurisdiction of the federal courts as is required by Louisiana Code of Civil Procedure Article 893. (See attached Exhibit "D".)

9.

On or about July 15, 2022, undersigned counsel was served with Plaintiff, Roderick Roby's, Response to Request for Admissions, in which, for the first time, he admitted that he was claiming damages in excess of $75,000, exclusive of interests and costs. (See attached Exhibit "E", Plaintiffs' Response to Request for Admission.)

10.

Based upon the allegations of Roderick Roby's Response to Request for Admission of Fact, it is clear the amount in controversy exceeds $75,000, exclusive of interests and costs.

11.

Plaintiff, Rachel Roby, has a loss of consortium claim. While it is unknown whether Rachel Roby's claims exceed $75,000, exclusive of interest and costs, this Court has supplemental jurisdiction over the claim of Rachel Roby pursuant to 28 U.S.C § 1367.

12.

This Notice of Removal is filed within thirty (30) days of service of Roderick Roby's Response to Admission of Fact, which was the first paper from which it could ascertained that the case was removable, and is therefore timely.

13.

Plaintiffs, Rachel Roby and Roderick Roby, are citizens of the State of Louisiana. (See attached Exhibit "A", Plaintiffs' Petition for Damages).

14.

Defendant, Baxter Healthcare Corporation, is a foreign corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Illinois.  (See attached hereto as Exhibit "F", corporate information from the Louisiana Secretary of State).

15.

Defendant, Cardinal Health 5, LLC, is a foreign limited liability company whose sole member is Cardinal Health, Inc., a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Ohio.  (See attached Exhibit "G", email from counsel for Cardinal).

16.

Defendant, Cardinal Health 200, LLC, is a foreign limited liability company whose sole member is Allegiance Corporation, a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Illinois.  (See attached Exhibit "G", email from counsel for Cardinal).

17.

Defendant, Penske Logistics, LLC is a limited liability corporation formed under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania.  The sole member of Penske Logistics, LLC is Penske Truck Leasing Co., L.P., a limited partnership formed under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania.

18.

There are four partners of Penske Truck Leasing Co., L.P. PTL GT, LLC is the general partner. The sole member of PTL GP, LLC is LJ VP Holdings, LLC. The sole member of LJ VP Holdings, LLC is Penske Truck Leasing Corporation, a corporation formed under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania. The three limited partners of Penske Truck Leasing Co., L.P. are Penske Truck Leasing Corporation, a corporation organized under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania; Penske Automotive Group, Inc., a corporation formed under the laws of the State of Delaware and having its principal place of business in the State of Michigan; and MBK USA Commercial Vehicles, Inc., a corporation formed under the laws of the State of Delaware and having its principal place of business in Tokyo, Japan.

19.

All other purported named Defendants are fictitious entities, whose citizenship can be ignored for the purposes of diversity jurisdiction.

20.

As indicated above, none of the named defendants are citizens of Louisiana. Accordingly, there is complete diversity of citizenship between Plaintiffs and the named defendants.

21.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to

this Court by Defendant pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

22.

In accordance with 28 U.S.C. § 1446(d), Defendant will provide appropriate notice of this removal to the parties, and to the Clerk of Court of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

## JURY DEMAND

Defendant is entitled to and requests trial by jury on all issues herein.

**WHEREFORE**, Defendant, Penske Logistics, LLC, prays that the action entitled *"Rachel Roby, Wife of/and Roderick D. Roby v. Baxter Healthcare Corporation, Cardinal Health 5, LLC, Cardinal Health 200, LLC, Penske Logistics, LLC, XYZ Company, ABC Insurance Company, DEF Insurance Company GHI Insurance Company, JKL Insurance Company and MNO Insurance Company",* bearing docket number 2022-0001353 and assigned to Div. "C" of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, be removed from that State Court docket to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

*Mouledoux, Bland, Legrand and Brackett, LLC*

*/s/ Gerard J. Dragna*
_____
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**J. EDWARD McAULIFFE, III, 33969**
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
*Attorneys for Penske Logistics, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 9th day of August, 2022, at their last known address of record.

    */s/ Gerard J. Dragna*
    _____
    **GERARD J. DRAGNA**

h:\1202\220665- roby\pleadings\removal\notice of removal.docx