

Tangipahoa Parish Clerk of Court 20220001353
Filed May 19, 2022 3:09 PM                    C
Debi McCoy
Deputy Clerk of Court
FAX Received May 13, 2022

## 21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

### STATE OF LOUISIANA

NO.                                                                    DIVISION " "

### RACHEL ROBY, WIFE OF/AND RODERICK D. ROBY

### VERSUS

### BAXTER HEALTHCARE CORPORATION, CARDINAL HEALTH 5, LLC, CARDINAL HEALTH 200, LLC, PENSKE LOGISTICS, LLC, XYZ COMPANY, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, GHI INSURANCE COMPANY, JKL INSURANCE COMPANY AND MNO INSURANCE COMPANY

FILED:_____                    _____
                                                                         DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, come the Petitioners, Rachel Roby, wife of/and Roderick D. Roby, both persons of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana, with respect, represent:

1.

Made Defendants herein are:

a) **BAXTER HEALTHCARE CORPORATION** ("Baxter"), which, upon information and belief, is a foreign corporation, licensed and authorized to do and doing business in this Parish and State at all pertinent times herein, and which is a custodian, owner, lessor, lessee and/or operator of the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at all pertinent times herein;

b) **CARDINAL HEALTH 5, LLC** ("Cardinal 5"), which, upon information and belief, is a foreign limited liability company, licensed and authorized to do and doing business in this Parish and State at all pertinent times herein, and which is a custodian, owner, lessor, lessee and/or operator of the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at all pertinent times herein;

c) **CARDINAL HEALTH 200, LLC** ("CARDINAL 200"), which, upon information and belief, is a foreign limited liability company, licensed and authorized to do and doing business in this Parish and State at all pertinent times herein, and which is a custodian, owner, lessor, lessee and/or operator of the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at all pertinent times herein;

1

Certified True and Correct Copy
CertID: 2022052300085

Tangipahoa Parish
Deputy Clerk of Court

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Exhibit A
Petition for Damages

Generated Date:
5/23/2022 12:40 PM

d) **PENSKE LOGISTICS, LLC** ("Penske"), which, upon information and belief, is a foreign limited liability company, licensed and authorized to do and doing business in this Parish and State at all pertinent times herein, and which is a custodian, owner, lessor, lessee and/or operator of the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at all pertinent times herein;

e) **XYZ COMPANY**, a yet to be identified domestic or foreign company licensed and authorized to do and doing business in this Parish and State at all pertinent times herein and, upon information and belief, and which is a custodian, owner, lessor, lessee and/or operator of the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at all pertinent times herein;

f) **ABC INSURANCE COMPANY**, which, upon information and belief, is a foreign insurance company, authorized to do and doing business within this Parish and State at all pertinent times herein, and which is the general liability, excess and/or umbrella insurer of defendant, BAXTER;

g) **DEF INSURANCE COMPANY**, which, upon information and belief, is a yet to be identified domestic or foreign insurance company, authorized to do and doing business within this Parish and State at all pertinent times herein, and which is the general liability, excess and/or umbrella insurer of defendant, Cardinal Health 5, LLC;

h) **GHI INSURANCE COMPANY**, which, upon information and belief, is a yet to be identified domestic or foreign insurance company, authorized to do and doing business within this Parish and State at all pertinent times herein, and which is the general liability, excess and/or umbrella insurer of defendant, Cardinal Health 200, LLC;

i) **JKL INSURANCE COMPANY**, which, upon information and belief, is a yet to be identified domestic or a foreign insurance company, authorized to do and doing business within this Parish and State at all pertinent times herein, and which is the general liability, excess and/or umbrella insurer of defendant, Penske Logistics, LLC; and

j) **MNO INSURANCE COMPANY**, which, upon information and belief, is a yet to be identified domestic or a foreign insurance company, authorized to do and doing

2


**Certified True and Correct Copy**
CertID: 2022052300085

Kallin Leto
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

business within this Parish and State at all pertinent times herein, and which is the general liability, excess and/or umbrella insurer of defendant, XYZ Company.

Said Defendants are justly and truly indebted unto your Petitioners herein for the following reasons, to-wit:

2.

On or about June 2, 2021, petitioner, Roderick D. Roby ("Mr. Roby"), was employed with Transforce, Inc., which provided delivery/courier services to Baxter, Cardinal 5, Cardinal 200 and/or Penske at the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401.

3.

Upon arriving at the building and premises located at 701 Pride Drive, Hammond, Louisiana 70401 at approximately 5:00 a.m., Mr. Roby exited his delivery truck from the driver's side door and walked to the rear of the truck to open the trailer door. As he opened the trailer doors, he was suddenly and unexpectedly caused to slip and fall on an accumulation of a slippery substance consisting of sand, mud, water and, possibly, oil on the loading dock of the facility. Consequently, Mr. Roby suffered painful, extensive, and permanent injuries.

4.

Petitioners maintain that, at all pertinent times herein, Baxter, Cardinal 5, Cardinal 200 and/or Penske had care, custody and control and/or had *garde* over the premises and, thus was responsible for the condition, inspection and maintenance of the premises, specifically including but not limited to the loading dock and/or rain gutters, that created the hazardous and unreasonably dangerous condition and, further, caused the Petitioners to suffer the injuries and damages complained of herein.

5.

At the time of the above described incident, there were no signs, cones, caution tape, etc. warning visitors of this unreasonably dangerous condition, nor did any person give a verbal warning to Mr. Roby.

6.

Petitioners aver that the said incident and injuries were caused solely and entirely, or in the alternative, in part, by the negligence and/or fault of Baxter, Cardinal 5, Cardinal 200 and/or Penske in the following acts of commission and omission:

3



Certified True and
Correct Copy
CertID: 2022052300085

*Kallin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

a) Not cleaning, inspecting and/or maintaining premises, specifically including but not limited to the loading dock and/or rain gutters;

b) Not placing warning signs throughout the area to warn visitors of the wet, slick and/or slippery floor surface;

c) Not having barricades in place or masking-off the area to prevent visitors from traversing in the area;

d) Failing to warn visitors of potential dangers;

e) Failing to properly inspect the premises;

f) Failing to preserve relevant evidence;

g) Pursuant to La. R.S. 9:2800.6 and Louisiana Civil Code arts. 2315 (Liability for acts causing damages), 2316 (Negligence, imprudence or want of skill), 2317 (Acts of others and of things in custody), 2317.1 (Damage caused by ruin, vice, or defect in things) and 2322 (Damage caused by ruin of building);

h) In the further alternative, Petitioners specifically plead the doctrine of *res ipsa loquitur* in that the subject incident, injuries and damages would not have occurred in the absence of negligence of the Defendants and/or its employees; and

i) Any and all other acts of negligence and/ or fault, be they gross, willful or wanton, to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care, and common prudence and all in violation of the laws of this State and Parish which are pleaded herein as if copied *in extenso*.

7.

Petitioners aver that the sudden and unexpected incident caused Mr. Roby to receive injuries to his mind and body, for which he has been obliged to undergo medical treatment, suffering pain and mental anguish, loss of sleep and proper rest and also requiring medication.

8.

Petitioners aver that he has the right to recover from the Defendants herein for all mental and physical pain and suffering, medical expenses, lost wages, loss of earning capacity, disability, loss of lifestyle and any and all other items of damage which may be associated herewith.

4



Certified True and
Correct Copy
CertID: 2022052300085

*Kollin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

Petitioners aver that at the time of the incident herein, there was in full force and effect a policy of general liability, excess and/or umbrella insurance issued by Defendant insurance company, ABC Insurance Company, wherein Baxter Healthcare Corporation was the named insured and that such policy provided coverage for all acts of commission and omission and acts of negligence which are alleged in this lawsuit.  By virtue of that contract of insurance, said insurer is liable unto Petitioners for all damages sustained and claimed herein.

10.

Petitioners further aver that at the time of the incident herein, there was in full force and effect a policy of general liability, excess and/or umbrella insurance issued by Defendant insurance company, DEF Insurance Company, wherein Cardinal Health 5, LLC was the named insured and that such policy provided coverage for all acts of commission and omission and acts of negligence which are alleged in this lawsuit.  By virtue of that contract of insurance, said insurer is liable unto Petitioners for all damages sustained and claimed herein.

11.

Petitioners further aver that at the time of the incident herein, there was in full force and effect a policy of general liability, excess and/or umbrella insurance issued by Defendant insurance company, GHI Insurance Company, wherein Cardinal Health 200, LLC was the named insured and that such policy provided coverage for all acts of commission and omission and acts of negligence which are alleged in this lawsuit.  By virtue of that contract of insurance, said insurer is liable unto Petitioners for all damages sustained and claimed herein.

12.

Petitioners aver that at the time of the incident herein, there was in full force and effect a policy of general liability, excess and/or umbrella insurance issued by Defendant insurance company, JKL Insurance Company, wherein Penske Logistics, LLC was the named insured and that such policy provided coverage for all acts of commission and omission and acts of negligence which are alleged in this lawsuit.  By virtue of that contract of insurance, said insurer is liable unto Petitioners for all damages sustained and claimed herein.

13.

Petitioners further aver that at the time of the incident herein, there was in full force and effect a policy of general liability, excess and/or umbrella insurance issued by Defendant

5



Certified True and
Correct Copy
CertID: 2022052300085

*Kallin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

insurance company, MNO Insurance Company, wherein XYZ Company was the named insured and that such policy provided coverage for all acts of commission and omission and acts of negligence which are alleged in this lawsuit. By virtue of that contract of insurance, said insurer is liable unto Petitioners for all damages sustained and claimed herein.

14.

As a result of the incident sued upon herein, Mr. Roby has suffered physical and emotional injuries and monetary damages in the following non-exclusive respects:

a. Past, present, and future pain and suffering;

b. Past, present, and future mental anguish;

c. Past, present, and future medical expenses;

d. Past, present, and future loss of wages;

e. Inconvenience and loss of life's pleasures;

f. Loss of earning capacity; and

g. Any and all other general and special damages which will be proven at the trial of this matter.

15.

Petitioner, Rachel Roby, is the wife of Roderick D. Roby. Because of the injuries and damages sustained by Mr. Roby described herein, Mrs. Roby has been damaged in the following non-exclusive ways:

a.      She has lost the labor and services of her husband, which contributed a tremendous amount to the running of their household; and

b.      She has suffered loss of society, consortium, companionship, and affection of her husband due to his injured, disabled, and painful condition.

16.

Amicable demand has been made to no avail.

17.

Petitioners aver that, upon information and belief, his general and special damages exceed the $50,000.00 required jury threshold.

18.

Petitioners reserve their right to trial by jury, the amount and time for filing a jury cost bond to be fixed when this matter is set for trial.

6



Certified True and
Correct Copy
CertID: 2022052300085

*Kallin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE**, petitioners, Rachel Roby, wife of/and Roderick D. Roby, pray that the Defendants, Baxter Healthcare Corporation, Cardinal Health 5, LLC, Cardinal Health 200, LLC, Penske Logistics, LLC, XYZ Company, ABC Insurance Company, DEF Insurance Company, GHI Insurance Company, JKL Insurance Company and MNO Insurance Company, through their proper officers and/or agents for service of process, be duly served with a copy of this Petition for Damages and cited to appear and answer same; and that after due proceedings are had, there be judgment rendered herein in favor of the Petitioners and against the Defendants, jointly, severally and *in solido*, in an amount as is reasonable in the premises, together with legal interest thereon from date of judicial demand, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

PALAZZO LAW FIRM

*Mario a arteaga jr*

LEO J. PALAZZO (# 22130)
JASON J. MARKEY (# 29722)
MARIO A. ARTEAGA, JR. (# 31417)
DAVIN R. SAVOY (# 39327)
732 Behrman Highway, Suites F&G
Gretna, Louisiana 70056
Telephone: (504) 433-1442
Facsimile: (504) 433-9111
Leo@PalazzoLaw.com
JMarkey@PalazzoLaw.com
Mario@PalazzoLaw.com
Davin@PalazzoLaw.com

and

CRAIG B. MITCHELL (# 24565)
MITCHELL & ASSOCIATES, APLC
615 Baronne Street, Suite 300
New Orleans, LA 70113
Telephone: (504) 527-6433
Facsimile: (504) 527-6450

**PLEASE SERVE:**

Baxter Healthcare Corporation,
*Through its Registered Agent for Service of Process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**SERVICE INSTRUCTIONS CONTINUE ON THE FOLLOWING PAGE.**

7

Certified True and
Correct Copy
CertID: 2022052300085

*Kallin Leto*
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Cardinal Health 5, LLC,
*Through its Registered Agent for Service of Process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Cardinal Health 200, LLC
*Through its Registered Agent for Service of Process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Penske Logistics, LLC
*Through its Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**PLEASE HOLD SERVICE:**

XYZ Company
ABC Insurance Company
DEF Insurance Company
GHI Insurance Company
JKL Insurance Company
MNO Insurance Company

8



Certified True and
Correct Copy
CertID: 2022052300085



Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
5/23/2022 12:40 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).